AO 455 (Rev.5/85)   Waiver of Indictment

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC 1 8 2009

# United States District Court

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

DELROY OLIVER DAVY

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:09-CR-543

I, <u>Delroy Oliver Davy</u>, the above named defendant, who is accused of Bank Fraud and Conspiracy being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 18, 2009, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Delroy Oliver Davy
Defendant

_____
Bernard Brody
Counsel for Defendant

Before _____
Judicial Officer